UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Gilberto PLACENCIA-Medina,**<br><br>Defendant | Magistrate Docket No.<br><br>'08 MJ 0424<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **February 18, 2008** within the Southern District of California, defendant, **Gilberto PLACENCIA-Medina,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **19th** DAY OF **FEBRUARY 2008**

William McCurine, Jr.
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Gilberto PLACENCIA-Medina

## PROBABLE CAUSE STATEMENT

On February 18, 2008, Border Patrol Agent J. Schulick was conducting uniformed line watch operations in the Imperial Beach Station area of operations. At approximately 1:50 a.m., the Remote Video Surveillance System relayed via service radio of two individuals between the primary and secondary fences in an area known as Washerwoman's. This narea is approximately two miles east of the San Ysidro, California Port of Entry and approximately twenty yards north of the United States/Mexico International Boundary.

Agent Schulick responded to the area and observed the two individuals holding a ladder near the secondary fence. Upon seeing Agent Schulick's vehicle, the two individuals began to flee. Agent Schulick caught up to the individuals, identified himself as a U.S. Border Patrol Agent, and conducted an immigration inspection on them. Both subjects including one later identified as the defendant **Gilberto PLACENCIA-Medina**, admitted to being citizens and nationals of Mexico illegally present in the United States and did not possess any immigration documents that would allow them to be or remain in the United States legally. Both subjects were arrested and transported to the Imperial Beach Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **September 14, 2005** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. He stated his intended destination was Los Angles, CA